**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000757
28-FEB-2012
11:41 AM**

NO. CAAP-11-0000757

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KEEVIN MINAMI, STEPHANIE TOM,
FAYE NISHIMURA, and ARLENE KOIZUMI,
Petitioners-Appellees
v.
ANGELA KAAIHUE and HOWARD KIM,
Respondents-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1SS11-1-01018)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that: (1) on October 17, 2011, Respondents-Appellants Angela Kaaihue and Howard Kim (Appellants) filed a notice of appeal; (2) the record on appeal was filed on November 10, 2011, and the appellate clerk informed Appellants that the jurisdictional statement was due on November 21, 2011, and the opening brief was due on December 20,

2011; (3) the court granted Appellants extensions of time and the jurisdictional statement became due on January 3, 2012 and the opening brief became due on January 19, 2012; (4) Appellants did not file either document; (5) on February 10, 2012, the appellate clerk provided notice to Appellants that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on February 20, 2012; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellants did not file the jurisdictional statement or the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, February 28, 2012.

Presiding Judge

Associate Judge

Associate Judge

-2-